UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOHN BRADLEY,

                       Defendant.

No. 13-cr-295 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Monday, December 4, 2023, at 4:00 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 to discuss Defendant's compliance with the terms of his supervised release.

SO ORDERED.

Dated:    November 21, 2023
             New York, New York

                                                       RICHARD J. SULLIVAN
                                                       UNITED STATES CIRCUIT JUDGE
                                                       Sitting by Designation