UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN BRADLEY,<br>                    Defendant. | No. 13-cr-295 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, January 2, 2024, at 12:45 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time Defendant will be presented on the additional violation of supervised release alleged in Probation's report dated December 21, 2023.

SO ORDERED.

Dated:      January 2, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation