UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN BRADLEY,<br><br>                    Defendant. | No. 13-cr-295 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from the government, with the consent of defense counsel, setting forth a proposed schedule relating to six alleged violations of supervised release by the defendant, John Bradley.  (Doc. No. 48.)  Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear on Monday, March 4, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an evidentiary hearing regarding the alleged violations of supervised release set forth in the Probation Office's amended violation report dated December 21, 2023.

IT IS FURTHER ORDERED THAT, pursuant to Federal Rule of Criminal Procedure 32.1(b), the government shall disclose to defense counsel all evidence in its possession relating to the alleged violations by January 19, 2024.

IT IS FURTHER ORDERED THAT defense counsel shall file any additional motions relating to the alleged violations by February 2, 2024, and that the government shall respond to any such defense motions by February 16, 2024.

IT IS FURTHER ORDERED THAT, by February 26, 2024, the government shall submit a letter indicating (i) any stipulations of fact or law that have been agreed upon by the parties; (ii) the names of the witnesses whom the government expects to call at the hearing; (iii) a list of the

exhibits to be offered at the hearing; and (iv) an estimation as to how long the government expects the hearing to last.

    IT IS FURTHER ORDERED THAT, by February 26, 2024, the government shall provide defense counsel with labeled copies of all documentary evidence or other exhibits it expects to be introduced or referenced at the hearing, which shall be compiled in tabbed binders and organized by exhibit number; the government shall also submit two courtesy copies of these materials to chambers.

SO ORDERED.

Dated:    January 8, 2024
           New York, New York

                                                                                                               _____
                                                                                                       RICHARD J. SULLIVAN
                                                                                                        UNITED STATES CIRCUIT JUDGE
                                                                                                        Sitting by Designation