UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOHN BRADLEY,

                Defendant.

No. 13-cr-295 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a *pro se* submission from Defendant John Bradley consisting of a letter, dated February 15, 2024, and several attached exhibits. Because Bradley is currently represented by counsel (*see, e.g.*, Doc. No. 55) and has not made any claim that counsel is not adequately representing him or otherwise requested to proceed *pro se*, the Court declines to consider Bradley's *pro se* submission. *See United States v. Rivernider*, 828 F.3d 91, 108 (2d Cir. 2016) ("A defendant has a right either to counsel or to proceed *pro se*, but has no right to 'hybrid' representation, in which he is represented by counsel from time to time, but . . . slip[s] into *pro se* mode for selected presentations." (citation omitted)). The Court has provided a copy of Bradley's *pro se* submission to defense counsel via email and will maintain the original submission under seal in the event that defense counsel intends to resubmit the letter and/or exhibits in connection with a counseled filing.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant John Bradley.

SO ORDERED.

Dated:    February 22, 2024
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation