UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

No. 13-cr-295 (RJS)
ORDER

JOHN BRADLEY,

Defendant.

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the evidentiary hearing scheduled for Monday, March 4, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, will instead take place in Courtroom 24B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:      February 27, 2024
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation