UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOHN BRADLEY,

                Defendant.

No. 13-cr-295 (RJS)
<u>ORDER</u>

---

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT the sentencing scheduled for Wednesday, April 3, 2024, at 2:30 p.m. will take place in Courtroom 24B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:      March 27, 2024
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation