UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOHN BRADLEY,<br><br>                              Defendant. | No. 13-CR-295 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On September 9, 2025, counsel for John Bradley submitted a letter motion requesting that the Court "direct the government to promptly provide discovery" in connection with Mr. Bradley's alleged violations of supervised release.  (Doc. No. 83.)  The Court reminds the parties that it "directed defense counsel to confer with the government and submit a letter to the Court by Tuesday, September 9, 2025 indicating how the *parties* wish to proceed in this matter."  (Min. Entry on Aug. 26, 2025 (emphasis added).)  Accordingly, IT IS HEREBY ORDERED THAT the government shall respond to counsel's letter motion by September 12, 2025.

SO ORDERED.

Dated:    September 9, 2025
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation