UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN BRADLEY,

Defendant.

No. 13-CR-295 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the parties' letters regarding discovery and their availability for a hearing date in this alleged violation of supervised release ("VOSR") proceeding. Because the government represents that it "has provided to defense counsel all materials in its possession relating to the defendant's alleged violations of supervised release," Doc. No. 85, Bradley's motion is DENIED as moot. The Clerk of Court is respectfully directed to terminate the defendant's motion pending at Doc. No. 83.

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, October 1, 2025, at 10:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for a hearing on the violations of supervised release specified in the Probation Office report dated July 15, 2025.

SO ORDERED.

Dated:   September 12, 2025
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation