UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN BRADLEY,

Defendant.

No. 13-CR-295 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the United States Probation Office shall produce to the government all internal chronologies that the Probation Office maintains regarding its supervision of John Bradley since the start of his second term of supervised release, *i.e.*, from April 11, 2025, to the present.

SO ORDERED.

Dated:   September 15, 2025
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation