UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN BRADLEY,

          Defendant.

No. 13-CR-295 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      In connection with the hearing scheduled for Wednesday, October 1, 2025, IT IS HEREBY ORDERED THAT the government shall submit a letter by Monday, September 29, 2025 setting forth the witnesses it intends to call and the exhibits it intends to introduce at the hearing; the government shall also provide copies of all exhibits and witness statements to the Court and Defendant's counsel. In the event that Mr. Bradley wishes to call witnesses and/or introduce evidence at the hearing, he shall provide a list of all witnesses he intends to call and copies of all exhibits and witness statements to the Court and the government by Tuesday, September 30, 2025.

SO ORDERED.

Dated:    September 23, 2025
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation