UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN BRADLEY,

                Defendant.

No. 13-CR-295 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's request to utilize audio-visual equipment at the hearing scheduled for tomorrow at 10:00 a.m.; that request is GRANTED and IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, October 1, 2025, at 10:30 a.m., instead of the previously scheduled time (10:00 a.m.), in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for a hearing on the violations of supervised release specified in the Probation Office report dated July 15, 2025.  The government is permitted to conduct a technical check of the audio-visual equipment starting at 10:00 a.m.

SO ORDERED.

Dated:     September 30, 2025
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation