UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JOHN BRADLEY,

              Defendant.

No. 13-CR-295 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 89,

which is DENIED as moot.

SO ORDERED.

Dated:      October 2, 2025
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation