UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN BRADLEY,

                Supervisee.

No. 13-CR-295 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      As stated on the record earlier today, the Court sentenced the supervisee to time served. Accordingly, IT IS HEREBY ORDERED that he be released from custody forthwith. A separate Judgment will be issued by the Court.

SO ORDERED.

Dated:    October 24, 2025
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation